Eugene B. Elliot, State Bar No. 111475
Ethan M. Lowry, State Bar No. 278831
Corey C. Wilson, State Bar No. 332800
Ilana S. Shoyket, State Bar No. 352744
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: eelliot@bfesf.com
        elowry@bfesf.com
        cwilson@bfesf.com
        ishoyket@bfesf.com

Attorneys for Defendants
SAN FRANCISCO UNIFIED SCHOOL DISTRICT
and MICHAEL ESSIEN

John A. Shepardson
LAW OFFICE JOHN A. SHEPARDSON
125 E Sunnyoaks Avenue, Suite 104
Campbell, California 95008
Tel:    (408) 395-3701
Email: john@shepardsonlaw.com

Attorney for Plaintiff
KENNETH BLOCK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BLOCK,<br><br>    Plaintiff,<br><br>v.<br><br>SAN FRANCISCO UNIFIED SCHOOL DISTRICT, MICHAEL ESSIEN, and DOES 2-100, inclusive,<br><br>    Defendants. | Case No. 3:25-cv-01606-LJC<br><br>**STIPULATION AND ORDER TO WITHDRAW DEFENDANTS SAN FRANCISCO UNIFIED SCHOOL DISTRICT AND MICHAEL ESSIEN'S MOTION TO DISMISS AND MOTION TO STRIKE PLAINTIFF'S SECOND AMENDED COMPLAINT WITHOUT PREJUDICE**<br><br><br>**Hon. Lisa J. Cisneros** |

Plaintiff KENNETH BLOCK and Defendants SAN FRANCISCO UNIFIED SCHOOL DISTRICT (the "DISTRICT"); and MICHAEL ESSIEN (collectively with the DISTRICT, "Defendants," Plaintiff and Defendants, collectively, the "Parties"), by and through their attorneys of record, hereby stipulate to the following:

WHEREAS, Defendants previously filed a Motion to Dismiss and Motion to Strike Plaintiff's Complaint (the "Motions").

WHEREAS, the Parties desire to engage in a good-faith meet and confer process regarding the pleading issues raised in the Motions.

WHEREAS, Defendants agree to withdraw the Motions without prejudice, and without waiver of any arguments, defenses, objections, or rights.

WHEREAS, if the Parties are unable to resolve the pleading issues through meet and confer, Defendants reserve the right to refile a Motion to Dismiss and/or Motion to Strike, or otherwise respond to the operative complaint, in accordance with the Federal Rules of Civil Procedure on February 18, 2026.

**NOW, THEREFORE,** for good cause as set forth above, the Parties, through their respective counsel of record, DO STIPULATE AND AGREE as follows:

Defendants' Motion to Dismiss and Motion to Strike are WITHDRAWN WITHOUT PREJUDICE. The Parties shall meet and confer in good faith regarding the pleading issues raised in the withdrawn Motions.

**IT IS SO STIPULATED.**

Dated: February 4, 2026                    LAW OFFICE JOHN A. SHEPARDSON

By: _____*/s/ John A. Shepardson*_____
    John A. Shepardson
    Attorney for Plaintiff
    KENNETH BLOCK

1

STIPULATION AND ORDER TO WITHDRAW WITHOUT PREJUDICE *Kenneth Block v. San Francisco Unified School District, et al.* Case No.: 3:25-cv-01606-LJC

Dated:  February 4, 2026                         BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:  ___/s/ Corey C. Wilson_____
    Eugene B. Elliot
    Ethan M. Lowry
    Corey C. Wilson
    Ilana S. Shoyket
    Attorneys for Defendants
    SAN FRANCISCO UNIFIED SCHOOL DISTRICT
    and MICHAEL ESSIEN

**ATTORNEY ATTESTATION**

I hereby attest that I have been authorized by counsel to show their signature on this document as */s/*.

Dated:  February 4, 2026                    By:  ___/s/ Corey C. Wilson_____
    Corey C. Wilson

2

STIPULATION AND ORDER TO WITHDRAW WITHOUT PREJUDICE *Kenneth Block v. San Francisco Unified School District, et al.* Case No.: 3:25-cv-01606-LJC

**[PROPOSED] ORDER AS MODIFIED**

Having reviewed the stipulation of counsel herein, IT IS HEREBY ORDERED that the Defendants' Motion to Dismiss and Motion to Strike are WITHDRAWN WITHOUT PREJUDICE. The Parties shall meet and confer in good faith regarding the pleading issues raised in the withdrawn Motions. Defendants shall respond to the operative complaint on February 25 18, 2026.

IT IS SO ORDERED

DATED: February 17, 2026

_____
UNITED STATES DISTRICT COURT JUDGE

1

STIPULATION AND ORDER TO WITHDRAW WITHOUT PREJUDICE *Kenneth Block v. San Francisco Unified School District, et al.* Case No.: 3:25-cv-01606-LJC