Eugene B. Elliot, State Bar No. 111475
Ethan M. Lowry, State Bar No. 278831
Corey C. Wilson, State Bar No. 332800
Ilana S. Shoyket, State Bar No. 352744
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: eelliot@bfesf.com
        elowry@bfesf.com
        cwilson@bfesf.com
        ishoyket@bfesf.com

Attorneys for Defendants
SAN FRANCISCO UNIFIED SCHOOL DISTRICT
and MICHAEL ESSIEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KENNETH BLOCK, | Case No. 3:25-cv-01606-LJC |
|---|---|
| Plaintiff, | **STIPULATION AND TO DISMISS FEDERAL CLAIMS AND REMAND ACTION TO STATE COURT** |
| v. | |
| SAN FRANCISCO UNIFIED SCHOOL DISTRICT, MICHAEL ESSIEN, and DOES 2-100, inclusive, | |
| Defendants. | **Hon. Lisa J. Cisneros** |

STIPULATION AND TO DISMISS FEDERAL CLAIMS AND REMAND ACTION TO STATE COURT *Kenneth Block v. San Francisco Unified School District, et al.* Case No.: 3:25-cv-01606-LJC

Plaintiff KENNETH BLOCK and Defendants SAN FRANCISCO UNIFIED SCHOOL DISTRICT (the "DISTRICT"); and MICHAEL ESSIEN (collectively with the DISTRICT, "Defendants," Plaintiff and Defendants, collectively, the "Parties"), by and through their attorneys of record, hereby stipulate to the following:

WHEREAS, Plaintiff filed his suit in the Superior Court of the State of California in and for the County of San Francisco on July 21, 2022. On February 14, 2025, this suit was removed to the U.S. District Court for the Northern District of California because this case arises under the provisions of 42 U.S.C. § 1983 and Title VI of the Civil Rights Act of 1964.

WHEREAS, Plaintiff filed his Second Amended Complaint in the above captioned action on January 21, 2026, and Defendants' responsive pleading is due February 25, 2026.

WHEREAS, between February 3, 2026 and February 19, 2026, the Parties met and conferred regarding Plaintiff's voluntary dismissal of all federal causes of action asserted in the operative complaint, including claims arising under the provisions of 42 U.S.C. § 1983 and Title VI of the Civil Rights Act of 1964, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

WHEREAS, following dismissal of the federal claims, only state law causes of action remain.

WEHEREAS, the Parties agree that, upon dismissal of the federal claims, this action should be remanded to the Superior Court of the State of California in and for the County of San Francisco pursuant to 28 U.S.C. § 1447(c).

WHEREAS, the Parties reserve all claims and defenses as to the remaining state law causes of action.

The stipulation is for good cause and will not result in undue delay in the administration of this case.

**IT IS SO STIPULATED AND AGREED.**

1

STIPULATION AND TO DISMISS FEDERAL CLAIMS AND REMAND ACTION TO STATE COURT *Kenneth Block v. San Francisco Unified School District, et al.* Case No.: 3:25-cv-01606-LJC

Dated:  February 24, 2026                    LAW OFFICE OF JOHN A. SHEPARDSON


By:      */s/ John A. Shepardson*
          John A. Shepardson
          Attorney for Plaintiff
          KENNETH BLOCK


Dated:  February 24, 2026                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


By:      */s/ Ilana S. Shoyket*
          Eugene B. Elliot
          Ethan M. Lowry
          Corey C. Wilson
          Ilana S. Shoyket
          Attorneys for Defendants
          SAN FRANCISCO UNIFIED SCHOOL DISTRICT
          and MICHAEL ESSIEN


## **ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: February 24, 2026

By:      */s/ Ilana S. Shoyket*
          Ilana S. Shoyket

2

STIPULATION AND TO DISMISS FEDERAL CLAIMS AND REMAND ACTION TO STATE COURT *Kenneth Block v. San Francisco Unified School District, et al.* Case No.: 3:25-cv-01606-LJC

## ORDER

Having reviewed the stipulation of counsel herein, IT IS HEREBY ORDERED:

1.     Plaintiff's federal causes of action are DISMISSED.

2.     This action is REMANDED to the Superior Court of the State of California in and for the County of San Francisco.

**IT IS SO ORDERED.**

DATED: February 25, 2026

_____
HONORABLE LISA J. CISNEROS

3

STIPULATION AND  TO DISMISS FEDERAL CLAIMS AND REMAND ACTION TO STATE COURT *Kenneth Block v. San Francisco Unified School District, et al.* Case No.: 3:25-cv-01606-LJC